UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 10-64566 |
| JAMES D. PACE | ) | |
| HEATHER M. PACE | ) | CHAPTER 13 |
| | ) | |
| DEBTORS. | ) | JUDGE KENDIG |

## OBJECTION TO PROOF OF CLAIM

Now come Debtors, James D. Pace and Heather M. Pace, by and through counsel, and objects to Claim Number 1 of Ally Financial, PO Box 130424, Roseville, MN 55113. Said Claim was filed on November 1, 2010, in the amount of $23,306.75 at contract rate of interest, being 10.84%. Debtors contend that the interest rate allowed on said claim should be 5.25%. This rate is fair to creditor and enables the feasibility of Debtor's plan pursuant to *Till v. SCS Credit Corp, 541 U.S. 465 (2004)*.

Accordingly, Debtor requests that the claim be allowed in the amount of $23,306.75 and that the rate of interest be 5.25%.

Respectfully submitted,

/s/ R. Joshua Brown
R. Joshua Brown [0008452]
Attorney for Debtors
32 Lutz Avenue
Lexington, OH 44904
T:419-884-0655/F:419-884-3416
bk-rbrown@neo.rr.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that the Objection to Claim was electronically transmitted on or about December 14, 2010 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

Toby L. Rosen
lweir@chapter13canton.com

      The undersigned further certifies that the Objection to Claim was served the 14th day of December, 2010, by ordinary U.S. Mail, postage prepaid, on the following parties:

Ally Financial
PO Box 130424
Roseville, MN 55113

James and Heather Pace
1174 Chew Road
Mansfield, OH 44903

                                          /s/ R. Joshua Brown
                                          R. Joshua Brown [0008452]
                                          Attorney for Debtors
                                          32 Lutz Ave
                                          Lexington, OH 44904
                                          T: 419-884-0655 / F: 419-884-3416
                                          bk-rbrown@neo.rr.com

## NOTICE OF OBJECTION TO CLAIM

      **Attorney R. Joshua Brown has filed papers with the Court making an Objection to Claim.** *Your rights may be affected.* **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. ( If you do not have an attorney, you may wish to consult one.)**

      **If you do not want the Court to approve the Objection to Claim or if you want the Court to consider your views on the Objection, then on or before JANUARY 13, 2011, you or your lawyer must file a written response with the Bankruptcy Court explaining your position, at:**

> **Clerk of Courts**
> **US Bankruptcy Court**
> **Northern District**
> **Ralph Regula Federal Bldg. & US Courthouse**
> **401 McKinley Avenue SW**
> **Canton, Ohio  44702**

      **If you mail your request to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.**

      **You must also mail a copy to:**

| | |
|---|---|
| **Toby L. Rosen, Trustee** | **US Trustee** |
| **Charter One Bank Bldg.** | **BP America Bldg.** |
| **400 W Tuscarawas Street, 4th Fl** | **200 Public Square 20th Floor** |
| **Canton, Ohio 44702** | **Suite 3300** |
| | **Cleveland, Ohio 44114-2301** |

**R. Joshua Brown**
**Attorney for Debtors**
**32 Lutz Avenue**
**Lexington, Ohio  44904**

      **If you or your attorney do not take these steps, the Court may decide that you do not oppose the Objection to Claim and may enter an Order granting that relief.**

**Date: 12/14/2010**                 **/s/ R. Joshua Brown**
                                                                **R. Joshua Brown (0008452)**
                                                               **Attorney for Debtors**